EARL BATES, as Sole Trustee of School District No. 6 of the Town of Dewitt, Respondent, v. TOWN OF DEWITT, Appellant.— Motion for reargument denied. (See memorandum filed in *Buchanan* v. *Town of Salina, ante*, p. 800, decided herewith.) Present — Taylor, P. J., Dowling, McCurn, Larkin and Love, JJ. [See *ante*, p. 207.]

GEORGE BOGARDUS, Appellant, v. UNITED STATES FIDELITY & GUARANTY COMPANY, Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ. [See 269 App. Div. 615.]

## FIRST DEPARTMENT, FEBRUARY, 1946.

### (February 1, 1946.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNARD SCHATSKY, Appellant.— Judgment reversed and the complaint dismissed on the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Martin, P. J., Townley, Glennon, Cohn and Peck, JJ.; Martin, P. J., dissents and votes to affirm.

SAMUEL FEUER et al., Respondents, v. ALFRED DIAMOND et al., Defendants, and CENTURY INDEMNITY COMPANY et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents, with leave to the defendants-appellants to answer within ten days after service of the order with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Peck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VALENTINE BRECH, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Peck, JJ.

SAMUEL SLATER et al., Copartners Doing Business under the Name of GREAT WESTERN COMPANY, Respondents, v. MIZZY, INC., et al., Appellants.— Order affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Peck, JJ.; Glennon and Peck, JJ., dissent and vote to reverse and grant the motion.

HOWLAND H. PELL, JR., as Executor of MARY W. BUEL, Deceased, Appellant, v. J. WATSON WEBB, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Peck, JJ. [See *post*, pp. 921, 998.]

WALTER READE, Appellant, v. CAROL-ANNE CORPORATION, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Peck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN BROOKS, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Peck, JJ.